FILED

12/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0239

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0239

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v,

O R D E R

MERCEDES A. BENNICK,

Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening brief filed electronically on December 7, 2023, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 12(1)(d) requires that the statements of facts portion of a brief contain references to the pages or the parts of the record at which material facts appear. Therefore,

IT IS ORDERED that within ten (10) days of the date of this order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified rule and that the Appellant shall serve copies of the revised brief to all parties of record.

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M.R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
December 8 2023